# 958 CASES REPORTED WITH BRIEF SYLLABI.

to the Bar. (From the State of Missouri.) — Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

GRANT J. KUNZE and Another, Respondents, v. MITCHELL ROSENZWEIG and Another, Appellants, and Another, Defendant.— Motion granted on condition that appellants pay to the respondent ten dollars additional costs within ten days, perfect the appeal, place the case on the January, 1919, calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

JAMES J. KLEIN, Respondent, v. MITCHELL ROSENZWEIG and Another, Appellants, and Another, Defendant.— Motion granted on condition that appellants pay to the respondent ten dollars additional costs within ten days, perfect the appeal, place the case on the January, 1919, calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

MARY E. LENIHAN, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

MARY E. LENIHAN, as Administratrix, etc., of HARRY LENIHAN, Deceased, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

HELEN F. LYNETT, Respondent, v. SEA BEACH RAILWAY COMPANY and NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellants.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

SEYMOUR W. BONSALL, Respondent, v. BEATRICE C. SHIVERICK, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

J. ALBERT GAUSMAN, Respondent, v. PAUL W. F. LINDNER and LINDNER ESTATES, INC., Appellants, and Another, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

ELMER E. GIBSON, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on authority of *Gibson* v. *Nassau Electric R. R. Co.* (185 App. Div. 320), decided herewith. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

CARROL GORDON, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

MARGARET C. ILLINGWORTH, Appellant, v. GEORGE ILLINGWORTH, as Administrator, etc., Respondent.— After the interpleader this was an action in equity, and we think it should have been tried as such. It seems to us that the insured intended to give the avails of the policy to his daughter